No. 4427.—Pueblo, apldo., *v.* Santiago, aplte.—C. D. Gua-

yama. Infracción a la Ley Nacional de Prohibición. Enero 27, 1931.